RECEIVED
FEB 25 2021
BY MAIL

UNITED STATES DISTRICT COURT

CARLTON XAVIER MATHEWS
   Plaintiff,

                    Case No.: 4:17-CV-02856-HEA

v.

WAL-MART Stores Inc.,
   Defendant.

PROVIDED TO SANTA ROSA C.I.
ON FEB 19 2021
FOR MAILING BY _____

## SUPPLEMENTAL COMPLAINT

    **COMES NOW**, the Plaintiff, Carlton X. Mathews, pro se, Pursuant to Federal Rules of Civil Procedure, move this Honorable Court, and hereby file supplemental complaint requesting to be added as a party in class action lawsuit. In support of complaint, Plaintiff states as follows:

    Plaintiff was also victimized in this Walmart scandal. Plaintiff made several purchases from Walmart stores located on Lemturner and Normandy, Jacksonville, Florida. Plaintiff returned items to Walmart that he did not receive the full amount refund due back as imposed by Pearlstone in the complaint. Plaintiff seek to be compensated as well as other class members in this class action lawsuit.

WHEREFORE, Plaintiff respectfully request this court to add him as a party in complaint.

Carlton Mathews
Pro se
DC# J27519
Santa Rosa C.I.
5850 East Milton Rd.
Milton, FL 32583

Dear Clerk

Will you please send me claim form or all relevant information concerning class action & lawsuit Pearlstone v. Walmart Stores Inc. #4:17-CV-02856-HEA. Thank you.

RECEIVED
FEB 25 2021
BY MAIL

IN THE FOURTH JUDICIAL CIRCUIT IN
AND FOR DUVAL COUNTY, FLORIDA

_____,   Case No. _____
Plaintiff(s)/Petitioner(s),            Division: _____
v.

_____,
Defendant(s)/Respondent(s).

## PRISONER'S APPLICATION AND SUPPORTING AFFIDAVIT TO DEFER PREPAYMENT OF COURT COSTS AND FEES

I, _____ (Prisoner), am intervening in or initiating the above-styled action which is neither a criminal proceeding nor a collateral criminal proceeding. I have been convicted of a crime and am currently incarcerated for that crime, or I am being held in custody pending extradition or sentencing. Pursuant to Section 57.085, Florida Statutes, and Rule 9.900(j), Florida Rules of Appellate Procedure, I hereby apply for leave to defer the prepayment of court costs and fees because of indigence.

I acknowledge that the custodian or the custodian's designee for my inmate trust account will place a lien upon my account for any and all court costs and fees deferred pursuant to this Application, and may withdraw funds from my account and transmit these funds to the clerk of the court, as directed by order of the court. These funds will be applied to deferred court costs or fees that I am required to pay in connection with this case. This acknowledgment applies to any institution in which I am or will be confined.

I acknowledge that should this Application be granted and I am issued a certificate of indigence, the court may at any time dismiss this action, in whole or in part, upon a finding that: (a) my claim of indigence is false or misleading; (b) I provided false or misleading information regarding another judicial or administrative proceeding in which I was a party; (c) I failed to pay court costs and fees under §57.085, Fla. Stat, despite having the ability to pay; or (d) my above-styled action or a portion of the above-styled action is frivolous or malicious. In determining whether this action is frivolous or malicious, the court may consider whether: (a) my claim has no arguable basis in law or fact; (b) my claim reasonably appears intended solely to harass a party filed against; (c) my claim is substantially similar to a previous claim in that it involves the same parties or arises from the same operative facts as a previous claim; (d) my claim has little likelihood of success on its merits; or (e) the allegations of fact in my claim are fanciful or not credible.

I am presently unable to pay court costs and fees. Under penalty of perjury, I swear or affirm that all statements and responses in this affidavit are true and complete.

1

Carlton X. Mathews # J27519
Santa Rosa Correction Institution
5850 East Milton Road
Milton, FL 32583

United States District Court
111 South 10th Street
St. Louis, MO 63102

RECEIVED
FEB 25 2021
BY MAIL

02/23

