RECEIVED
JUN 23 2021
BY MAIL

PROVIDED TO
SANTA ROSA C.I. ON
JUN 01 2021
FOR MAILING BY

UNITED STATE DISTRICT COURT

CARLTON XAVIER MATHEWS
Plaintiff

v.

Case No.: 4:19-CV-02856-HEA

WALMART Stores Inc.
Defendants

### NOTICE OF INQUIRY

COMES NOW, the Plaintiff Carlton Mathews, pro se, respectfully request to be informed by the clerk of this court, of the status of the case. Plaintiff have not heard nothing from this court informing him have he been accepted as a plaintiff also.

Respectfully Submitted
/S/ Carlton Mathews
Carlton X. Mathews
Santa Rosa C.I
5850 East Milton Rd
Milton, FL 32583

Carlton X. Mathews # J27519
Santa Rosa Correction Institution
5850 East Milton Rd
Milton, FL 32583

RECEIVED
JUN 23 2021
BY MAIL

United States District Court
111 South 10th Street
St. Louis, MO 63102